In re **CORREA ORTIZ JOSE ANTONIO and SERRANO RAMOS WANDA IVETTE**,  Case No. **11-00543**
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 3/07/2011

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *COOP A/C JESUS OBRERO; SURRENDER SHARES*  Location: *In debtor's possession* | J | $ 500.00 |
| | | *COOP JESUS OBRERO, OPEN IN JULY (CHECK ACCT.XXXX*  Location: *In debtor's possession* | J | $ 0.00 |
| | | *SOTIABANK (formerly R-GPREMIER CD, 60091*  Location: *In debtor's possession* | J | $ 40,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *ref., stove, washer, dryer, 3 tv, dvd, dinette set, living rm set, 2 bedrm sets, 2 air conditioners, lap top*  Location: *In debtor's possession* | J | $ 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *clothing*  Location: *In debtor's possession* | J | $ 900.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Page   1   of   4

B6B (Official Form 6B) (12/07)

In re *CORREA ORTIZ JOSE ANTONIO and SERRANO RAMOS WANDA IVETTE*,
Debtor(s)

Case No. *11-00543*
(if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 3/07/2011
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *EURO KOOL- JUDGMENT ENTERED 3-31-2005; $205,500.00 FOR DEBTORS; ATTY'S. FEES AWARDED $41,100.00; MONIES TO BE PD. TO PLAN IF RECEIVED. ALTHOUGH HIGHLY IMPROBABLE DEBTORS WILL RECEIVE ANY MONIES.*<br><br>*AMA, ACCT. RCV. $30,000.00, MONIES RECEIVED TO BE PD. TO PLAN; ALTHOUGH HIGHLY IMPROBABLE THE SAME WILL BE rcvd.*<br>*Location: In debtor's possession* | J | $ 100.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | *BO. OBRERO CALLE 12 739, CEMENT HOUSE & LOT, 3 BEDROOM, 1 BATH, KITCHEN, LIVING-DINING ROOM, 250 SQ. METERS; TOTAL VALUE $50,000. (1/2 OF 50% IN FATHER'S ESTATE = $25,000.00 1/6 = $4,166.66*<br>*Location: In debtor's possession* | H | $ 4,166.00 |

Page __2__ of __4__

**B6B (Official Form 6B) (12/07)**

In re *CORREA ORTIZ JOSE ANTONIO and SERRANO RAMOS WANDA IVETTE*,
Debtor(s)

Case No. *11-00543*
(if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 3/07/2011
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *1999 FORD VAN ECONOLINE CARGO, E150, 150,000 MILES, AUT., P/S, AIR COND*<br>*Location: In debtor's possession* | J | $ 3,100.00 |
| | | *2001 FORD F250 PICK UP, 110,000 MILES, Aut., Air Cond., p/s; FAIR CONDITION; AT MECHANIC; VARIOUS ACCIDENTS, NEEDS REPAIRS & PAINT*<br>*Location: In debtor's possession* | J | $ 6,725.00 |
| | | *2004 CHRYSLER PACIFICA 42,000 miles, AUT., P/S STEREO*<br>*Location: In debtor's possession* | J | $ 9,615.00 |
| | | *2005 DODGE DAKOTA, CLUB CAB, 115,000, AUT., AIR COND, P/S, STEREO*<br>*Location: In debtor's possession* | J | $ 10,630.00 |
| | | *2007 HARLEY DAVIDSON FLH MOTORCYCLE, 34,105 MILES*<br>*Location: In debtor's possession* | J | $ 14,800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Page 3 of 4

**B6B (Official Form 6B) (12/07)**

In re **CORREA ORTIZ JOSE ANTONIO and SERRANO RAMOS WANDA IVETTE**, Debtor(s)

Case No. **11-00543** (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 3/07/2011
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | 3 DESKS, 4 chairs, 3 file cabinets, fax, scanner, photocopy machine, 2 computers, printer, small refrigerator, microwave, typewriter, water cooler, stereo, air conditioner<br>Location: In debtor's possession | J | $ 1,690.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Jack Hydraulic Tower, Refrigeration Recovery, (2) tanks refrigeration 30 lbs, CHIPPING HAMMER, ELECTRIC SAW, TABLE SAW, SCREW DRIVERS, AJUSTABLE KEYS, CUTTING TUBE, ASPIRATOR, TOOL BOX, , RECOVER PUMPS, LATTER 6' , LATTER 8', EXTENSION LATTER, DRILL, PLIERS,<br>Location: In debtor's possession | J | $ 1,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __4__ of __4__

Total ➔ $ 97,726.00

**(Report total also on Summary of Schedules.)**
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re **CORREA ORTIZ JOSE ANTONIO and SERRANO RAMOS WANDA IVETTE**, Case No. **11-00543**
Debtor(s) (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended 3/07/2011

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| BO OBRERO 717 CALLE FELIPE GOYCO, SAN JUAN, PR, 250 sq mts., 3 | 11 USC 522(d)(1) | $ 43,250.00 | $ 100,000.00 |
| ref., stove, washer, dryer, 3 tv, dvd, dinette set, living rm se | 11 USC 522(d)(3) | $ 4,000.00 | $ 4,000.00 |
| clothing | 11 USC 522(d)(3) | $ 900.00 | $ 900.00 |
| BO. OBRERO CALLE 12 739, CEMENT HOUSE & LOT, 3 BEDROOM, 1 BATH, | 11 USC 522(d)(5) | $ 0.00 | $ 4,166.00 |
| 2004 CHRYSLER PACIFICA 42,000, AUT., P/S STEREO | 11 USC 522(d)(2)<br>11 USC 522(d)(5) | $ 6,900.00<br>$ 2,300.00 | $ 9,615.00 |
| 3 DESKS, 4 chairs, 3 file cabinets, fax, scanner, photocopy mach | 11 USC 522(d)(6) | $ 1,690.00 | $ 1,690.00 |
| Jack Hydraulic Tower, Refrigeration Recovery, (2) tanks refriger | 11 USC 522(d)(6) | $ 310.00 | $ 1,500.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
## PUERTO RICO DIVISION

IN RE: CORREA ORTIZ JOSE ANTONIO  CASE NO. 11-00543
and
SERRANO RAMOS WANDA IVETTE
DEBTOR(S)

Amended 3/07/2011

## AMENDMENT TO SCHEDULES

Comes the Debtor(s) in person and makes application for leave to amend his schedules and states that through inadvertence and error he failed to list in his schedules the following: (REFER TO PROPER SCHEDULES. SEPARATE SCHEDULES MUST BE AMENDED SEPARATELY.)

AMENDED SCHEDULES B (#16 acct. rcv.) AND C (correct exemptions)

I, CORREA ORTIZ JOSE ANTONIO, the petitioner named in the foregoing amendment, certify under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2011.

/s/ CORREA ORTIZ JOSE ANTONIO
CORREA ORTIZ JOSE ANTONIO

/s/ SERRANO RAMOS WANDA IVETTE
SERRANO RAMOS WANDA IVETTE

## CERTIFICATE OF SERVICE

I certify that a copy of this amendment has been served upon the trustee and the following parties affected thereby:
BY ELECTRONIC MAIL TO TRUSTEE, ALEJANDRO OLIVERAS RIVERA, ESQ. AND BY REGULAR MAIL TO PARTINES IN INTEREST.

[ ] by hand delivery
[ ] by first class mail postage prepaid

on this 07 day of March, 20 2011.

/s/ WILLIAM DAVILA DE PEDRO
WILLIAM DAVILA DE PEDRO  Bar #: 128809
LAW OFFICES WILLIAM DAVILA DE PEDRO
420 PONCE DE LEON  MIDTOWN SUITE 311
SAN JUAN, PR 00918
787 753-2368  Fax: 787 759-9620

```
CORREA ORTIZ JOSE ANTONIO
PO BOX 6562
LOIZA ST
SAN JUAN PR   00914


SERRANO RAMOS WANDA IVETTE
PO BOX 6562
LOIZA ST
SAN JUAN PR   00914


WILLIAM DAVILA DE PEDRO
420 PONCE DE LEON
MIDTOWN SUITE 311
SAN JUAN PR   00918


AMERICAN EXPRESS
BANKRUPTCY DIVISION
PO BOX 1270
NEWARK NEW JERSEY   07101


BANCO POPULAR DE PR
BANKRUPTCY DIVISION
PO BOX 366818
SAN JUAN PR   00936


CITIFINANCIAL INC
BANKRUPTY DIVISION
PO BOX 70923
CHARLOTTE NC   28272


DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9022501
SAN JUAN PR   00902


FIRSTBANK
BANKRUPTCY DIVISION
PO BOX 11865
SAN JUAN PR   00910


HARLEY DAVIDSON CREDIT
8529 INNOVATION WAY
CHICAGO IL   60682


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA   19101
```

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA   19114


JOHNSON CONTROLS INC
SABANA ABAJO INDUSTRIAL PARK
1405 CALLE RIO DANUBIO
CAROLINA PR   00982


JOSE ARCE DIAZ ESQ
PO BOX 820
GUAYNABO PR   00970


RELIABLE FINANCIAL
BANKRUPTCY DIVISION
APARTADO 21382
SAN JUAN PR   00928


SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362649
SAN JUAN PR   00936


TECHNICAL DISTRIBUTORS
PO BOX 3826
GUAYNABO PR   00970


TRANE PR
PO BOX 9000
SAN JUAN PR   00908


TRANSWORLD SYSTEM
27 GLEZ GIUSTI 601
GUAYNABO PR   00968