```
IN THE UNITED STATES BANKRUPTCY COURT
     FOR THE DISTRICT OF PUERTO RICO

IN RE:                                 *
                                              CASE NO. 11-00543(BKT)
JOSE A. CORREA ORTIZ
WANDA I SERRANO RAMOS
                                              CHAPTER 13
     Debtor(s)
-----------------------------------*
```

MOTION TO SUBMIT AMENDED PLAN

TO THE HONORABLE COURT:

NOW COMES the above named debtors through the undersigned attorney and very respectfully prays and alleges:

1. That debtor herewith submits amended plan dated Amended plan dated March 7, 2011 for the Court's approval.

28 DAYS NOTICE

NOTICE IS HEREBY GIVEN TO ALL PARTIES IN INTEREST: unless a written objection and hearing is requested within twenty eight(28) days this Honorable Court will confirm this amended plan without the need for any further hearing.

WHEREFORE it is respectfully requested that this Honorable Court hold in abeyance confirmation of amended plan dated March 7, 2011 until twenty eight (28) day period for parties in interest to object expires pursuant to Bankruptcy Rule 2002(b)(2) with any other remedy this Honorable Court deems just and appropriate.

In San Juan, Puerto Rico, this March 7, 2011.

I CERTIFY that on this date I sent by electronic mail a true

copy of this motion and Plan to Chapter 13 Trustee, Alejandro Oliveras, Esq., and by regular mail to parties in interest and to creditors as per master address list.

/s/EMILY D. DAVILA RIVERA
USDC-PR #214503
WILLIAM DAVILA DE PEDRO, ESQ.
USDC-PR 128809
420 PONCE DE LEON
MIDTOWN SUITE 311
SAN JUAN, PR 00918
TEL. 787, 759-8090/FAX 759-9620
treasure@prtc.net
princessda@prtc.net

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **CORREA ORTIZ JOSE ANTONIO**
aka JOSE A CORREA ORTIZ
and
**SERRANO RAMOS WANDA IVETTE**
aka SERRANO RAMOS WANDA I  **DEBTOR(S)**

BK. CASE # **11-00543**

CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty-eight (28) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty-one (21) days from its ontification. **This plan does not allow claims. Any party entitled to receive disbursements form the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and/or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan.** See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee [✓] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debotr(s) is entered.

**PLAN DATED:** _____  [✓] **AMENDED PLAN DATED:** *MARCH 7, 2011*  *
[✓] PRE [ ] POST-CONFIRMATION    FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] UNSECURED

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = | |
|---|---|---|---|---|---|
| $ 1,500.00 | x | 12 | = | 18,000.00 |
| $ 1,900.00 | x | 12 | = | 22,800.00 |
| $ 2,200.00 | x | 36 | = | 79,200.00 |
| $ | x | | = | |
| $ | x | | = | |
| TOTAL = | 60 | | 120,000.00 |

Additional Payments:
$ **0.00** to be paid as LUMP SUM within _____ with proceeds to come from
[ ] Sale of property identified as follows:
_____
[ ] Other: _____

Periodic Payments to be made other than, and in addition to the above.
$ _____ x _____ = _____
To be made on: _____

**PROPOSED PLAN BASE:** $ **120,000.00**

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

| | |
|---|---|
| a. Rule 2016(b) Statement: | $ 5,000.00 |
| b. Fees Paid (Pre-petition): | $ 1,000.00 |
| c. R 2016 Outstanding balance: | $ 4,000.00 |
| d. Post Petition Additional Fees: | $ 0.00 |
| e. Total Compensation: | $ 5,000.00 |

Signed: **/s/ CORREA ORTIZ JOSE ANTONIO**
DEBTOR
**/s/ SERRANO RAMOS WANDA IVETTE**
JOINT DEBTOR

* See Attached Continuation Sheet for Additional Information
ATTORNEY FOR DEBTOR: **WILLIAM DAVILA DE PEDRO**   PHONE: **787 753-2368**

### II. DISBURSEMENT SCHEDULE SEQUENCE

**A. SECURED CLAIMS**
[ ] Debtor represents that there are no secured claims.
[✓] Secured creditors will retain their liens and shall be paid as follows:

ADEQUATE PROTECTION PAYMENTS CR **HARLEY DAVIDSON CRED** $ **100.00**

[✓] Trustee will pay secured ARREARS:
Cr. **SCOTIABANK DE PR**   Cr. _____   Cr. _____
# **1089**   # _____   # _____
$ **4,209.80**   $ _____   $ _____

[✓] Trustee will pay IN FULL Secured Claims
Cr. **HARLEY DAVIDSON CRED**   Cr. **INTERNAL REVENUE SER**   Cr. **RELIABLE**
$ **13,161.27**   $ **35,738.96**   $ **4,694.30**

[ ] Trustee will pay VALUE OF COLLATERAL
Cr. _____   Cr. _____   Cr. _____
$ _____   $ _____   $ _____

[ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
Cr. _____   Ins Co. _____   Premium: $ _____
**(Please indicate in "Other Provisions" the insurance coverage period)**

[✓] Debtor SURRENDERS COLLATERAL to Coop Holder **JESUS OBRERO , SCOTIAB CD #1263**
[✓] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
**SCOTIABANK DE PR#1089**

**B. PRIORITIES** The Trustee will pay §507 priorities in accordance with the law. [§1322 (a)(2)]
[✓] **DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, INTERNAL REVENUE SERVICE**

**C. UNSECURED PREFERRED:** Plan [ ] Classifies   [✓] Does not Classify Claims.
[ ] Class A:   [ ] Co-Debtor Claims /   [ ] Paid 100% /   [ ] "Pay Ahead": _____
[ ] Class B.   [ ] Other Class: _____
Cr. _____   Cr. _____   Cr. _____
$ _____   $ _____   $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ **0.00**)
[ ] Will be paid 100% plus _____ % Legal Interest.   [✓] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:** *
| Executory Contract | DECISION |
|---|---|
| **BLACK POINT MANAGEMENT** | Assumed |
| **BRINKS PR** | Assumed |
| **COOP J OBRERO** | Assumed |
| **MICROSHOP CORP** | Assumed |

# CHAPTER 13 PAYMENT PLAN
## (Continuation Sheet)

### II DISBURSEMENT SCHEDULE

**A.** ADEQUATE PROTECTION PAYMENTS:

                        CR   RELIABLE FINANCIAL                       $    100.00

OTHER PROVISIONS

| Executory Contract | DECISION |
|---|---|
| UBS FINANCIAL SERVICES | Assumed |
| UBS FINANCIAL SERVICES | Assumed |

ATTORNEY'S FEES TO BE PD FIRST TOGETHER WITH ADEQ PROTECTION PAYMENTS TO RELIABLE & HARLEY DAVIDSON.

ADEQ. PROT. TO RELIAB. FINANCE $100. X 3;   ADEQ. PROT. HARLEY DAVIDSON $100. X 3.

NO EMA PAYMENTS

RELIAB. FINANCE PROVIDED INS BY EASTERN AMERICA THRU PLAN  AT MD (4-15-011); $49. X 19 MO.= $931. HARLEY DAVIDSON PROVIDED INS. AT MD(9-8-012) DIRECTLY BY DEBTOR.

TAX REFUNDS TO BE PD. TO PLAN; PLAN BASE SHALL BE DEEMED ACCORDING TO SUMS RCVD.; IF DEBTORS NEED TO USE TAX REFUNDS COURT AUTHORIZATION TO BE REQUESTED PRIOR TO USE.

**SCOTIABANK #1089 BALLOON PAYMENT, ESTIMATED $42,000., TO BE REFINANCED DIRECTLY BY DEBTOR AT MD (6-30-2011); PAYMENT ESTIMATED AT $578.00 MO.

 ****ACCT. RCV. EURO KOOL $205,500., FROM JUDGMENT ENTERED,  NON-EXEMPT SUMS RCVD. DURING LIFE OF PLAN TO BE PD. TO PLAN. ATTORNEY, JOHN PRORRATA, TO FILE APPLICATION TO EMPLOY SPECIAL COUNSEL REGARDING JUDGMENT ENTERED AND COLLECTION OF MONIES.

***ACCT. RCV. A.M.A., $32,000. ANY NON-EXEMPT FUNDS TO BE PD. TO PLAN, ATTY. IN COLLECTION OF MONIES TO FILE APPLICATION TO EMPLOY SPECIAL COUNSEL.

CORREA ORTIZ JOSE ANTONIO
PO BOX 6562
LOIZA ST
SAN JUAN PR   00914


SERRANO RAMOS WANDA IVETTE
PO BOX 6562
LOIZA ST
SAN JUAN PR   00914


WILLIAM DAVILA DE PEDRO
420 PONCE DE LEON
MIDTOWN SUITE 311
SAN JUAN PR   00918


AMERICAN EXPRESS
BANKRUPTCY DIVISION
PO BOX 1270
NEWARK NEW JERSEY   07101


BANCO POPULAR DE PR
BANKRUPTCY DIVISION
PO BOX 366818
SAN JUAN PR   00936


CITIFINANCIAL INC
BANKRUPTY DIVISION
PO BOX 70923
CHARLOTTE NC   28272


DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9022501
SAN JUAN PR   00902


FIRSTBANK
BANKRUPTCY DIVISION
PO BOX 11865
SAN JUAN PR   00910


HARLEY DAVIDSON CREDIT
8529 INNOVATION WAY
CHICAGO IL   60682


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA   19101

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA   19114


JOHNSON CONTROLS INC
SABANA ABAJO INDUSTRIAL PARK
1405 CALLE RIO DANUBIO
CAROLINA PR   00982


JOSE ARCE DIAZ ESQ
PO BOX 820
GUAYNABO PR   00970


RELIABLE FINANCIAL
BANKRUPTCY DIVISION
APARTADO 21382
SAN JUAN PR   00928


SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362649
SAN JUAN PR   00936


TECHNICAL DISTRIBUTORS
PO BOX 3826
GUAYNABO PR   00970


TRANE PR
PO BOX 9000
SAN JUAN PR   00908


TRANSWORLD SYSTEM
27 GLEZ GIUSTI 601
GUAYNABO PR   00968