IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE ANTONIO CORREA ORTIZ

WANDA IVETTE SERRANO RAMOS

    DEBTOR(S)

CASE      11-00543-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **March 01, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: TBD

3. With respect to the attached payment plan:

AMENDED PLAN DATE: March 07, 2011        PLAN BASE: $120,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 3/8/2011

☐ FAVORABLE                ☒ UNFAVORABLE

1. ☒ FEASIBILITY 11 USC § 1325(a)(6):
   As per MOR for January 2011 this plan is not feasible. Business had a negative income of $838.13.

2. ☒ INSUFFICIENTLY FUNDED § 1325(b) :
   To pay priorities.

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☒ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   Debtors to explain how they reached to the values listed in Schedule A. Submit appraisals since comparables are not helpful.

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☒ OTHER:
   Plan to specify that funds for account receivable will be devoted in addition to plan base. Also, debtors to submit Federal & State Federal Tax Returns for year 2010, CRIM for year 2009 and evidence of closing of corporation on December  (JC Air Conditioning and General Contractor).

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies
      are available to parties in interest at the Trustee's Office.

Atty Fee:$5,000.00 /$1,000.00/$4,000.00

Atty: WILLIAM DAVILA DE PEDRO*

/s/ Osmarie Navarro Martínez

Osmarie Navarro Martínez

USDC # 222611

For:

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062