UNITED STATES BANCKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE ANTONIO CORREA ORTIZ          CASE NO. 11-00543-BKT
WANDA IVETTE SERRANOS RAMOS

         CHAPTER 13

   Debtor

-----------------------------------*

## AMENDED APPLICATION FOR ATTORNEY'S FEES

TO THE HONORABLE COURT:

COMES NOW, WILLIAM DAVILA DE PEDRO, ESQ. AND EMILY D DAVILA, ESQ. ("applicants"), which respectfully request compensation pursuant to Section 330 of the United States Bankruptcy Code. All services performed and/or expense incurred where for the benefit of the debtor and necessary for the administration of the case. As required by Bankruptcy Rule 2018(a), the undersigned attorney on behalf of the aforementioned law firm sets forth a detailed statement of the services rendered, time expended and the amount requested:

**CASE ADMINISTRATION CHAPTER 13**

| DATE | DESCRIPTION | P/H | TIME | AMOUNT |
|------|-------------|-----|------|--------|

1

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 06/30/10 W.D.D. | Interview with debtors, re: evaluate economic situation, income, expenses, debts, pending Civil Suits, pending business documents, tax returns filed, pending tax returns, estimate priorities regarding taxes. Determine value of assets and estimated liabilities for plan to be offered to creditors, feasibility of the plan, etc... Contract with debtors: re: attorney fees and expenses. | $200.00 | 2 hrs | $ 400.00 |
| 09/01/10 W.D.D. | Organize, verify documents tendered by debtor, letter to debtors:, re: pending documents ; tax returns, CRIM certification, detailed list of equipment & inventory, income & expenses for prior 6 months with evidence, mortgage letter indicating arrears & balance. | $200.00 | .50 hr | $ 100.00 |
| 09/13/10 W.D.D. | letter to debtors:, re: pending documents ; tax returns, income & expenses for prior 6 months with evidence & pending business documents. | $200.00 | .10 hr | $ 20.00 |
| 11/4/10 E.D.D. | letter to debtors:, re: pending documents ; tax returns, income & re-do business income & expense report as required with attached evidence. | $200.00 | .10 hr | $ 20.00 |
| 1/27/11 WD.D. | prepare and file Voluntary Petition, Compensation Statement of Attorney for the Debtor, , Address Master List and Credit Counseling Certificate) | $200.00 | 2 hr | $ 400.00 |
| 01/28/11 & 01/31/11 E.D.D. | Receive & notify debtors of 341 meeting, C/H; and notify debtors of possible dismissal due to incomplete petition & schedules filed pending documents. | $200.00 | .10 hr | $ 20.00 |
| 02/10/11 & 02/11/11 E.D.D. | Organize and review business documents, debts; prepare and file Summary of Schedules, Statement of Financial Affairs, Statement of Intention & Statement of Current Monthly Income. | $200.00 | 11 hrs | $ 2,200.00 |

2

| | | | | |
|---|---|---|---|---|
| 02/11/11 E.D.D. | Prepare and file Chapter 13 plan. Letter to debtor re: chapter 13 plan and business documents requested, insurance policies requested, etc. | $200.00 | 1 hr | $ 200.00 |
| 2/18/11 E.D.D | Receive, verify, scan and upload auto insurance premium, professional license, commercial public responsibility & service contracts. | $200.00 | .50 hr | $ 100.00 |
| 02/25/11 W.D.D. | Amended schedules "b & c" to clarify value of inheritance property | $200.00 | .30 hr | $ 60.00 |
| 02/25/11 E.D.D. | Verify and upload operating report for the months of October to February 2011 with attached evidence of income and expenses, business questionnaire ; and file with Court MOR  for October to December. | $200.00 | 3 hr | $ 600.00 |
| 3/01/11 E.D.D. | 341 meeting of creditors. | $200.00 | 1 hr | $ 200.00 |
| 3/02/11 ED.D. | Receive & notify debtors unfavorable recommendation, pending documents, amendments requested, etc. | $200.00 | .10 hr | $ 20.00 |
| 3/07/11 ED.D | Amended schedule B#16 & C, amended plan; and verify &  file with Court MOR for January. | $200.00 | 1.50 hr. | $ 300.00 |
| 3/08/11 E.D.D. | Review, scan & upload to Trustee comparables of real property & Judgment Euro-kool; and review & notify unfavorable recommendation on C/H. | $200.00 | .50 hr | $ 100.00 |
| 03/29/11 W.D.D. | Review, scan & upload to Trustee copy of plan & mortgage payment & 2009 CRIM tax return. | $200.00 | .20 hr | $ 40.00 |
| 3/31/11 E.D.D | Prepare & file reply to Trustee's MTD & request new C/H | $200.00 | .30 hr | $ 60.00 |
| 4/07/11 | Review & file with Court MOR for March; and review, scan & upload to Trustee insurance policies, re: | $200.00 | .50 hr | $100.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| E.D.D. | motorcycle, autos & commercial public responsibility; and appraisal report regarding real properties. | | | |
| 04/08/11 E.D.D. | Receive & notify debtors, re: unfavorable recommendation on C/H; pending 2010 Federal & State Tax returns & evidence of closing corporation. | $200.00 | .10 hr | $ 20.00 |
| 03/11/11 E.D.D. | Application for compensation of fees | $ 200.00 | 2 hr | $ 400.00 |
| 05/04/11 | Review, discuss with Trustee position regarding Application for Compensation of fees; prepare & file reply to Trustee's position; and prepare & file Amended Application | $ 200.00 | 1.5 hr | $ 300.00 |
| 05/04/11 | **TOTAL HOURS AND FEES** | **$200.00** | 28.30 Hr | $ 5,660.00 |

That the undersigned counsel understands that the $200.00 is a reasonable fee per hour to be paid for services rendered in this case. That the undersigned attorneys William Davila De Pedro and Emily D. Davila, respectfully each, have 30 years experience and 11 years experience in bankruptcy practice.

The applicant has not shared nor agreed to share such compensation with anyone.

Taking into consideration the fact that this is a business case, the above detail of time spent estimated at 28.30 hrs at a rate of $200.00 per hour to date the sum of $5,660.00 is owed by debtors of which $1000.00 was paid pre-petition pursuant to 2016 B. The undersigned attorneys respectfully request that the remaining balance of $4,660.00 be paid by the Trustee's Office from funds on hand.

### NOTICE

**TAKE NOTICE** that if no response to this motion is filed within twenty (21) days, this Honorable Court may grant this motion without an actual hearing.

4

# **VERIFIED STATEMENT**

**I HEREBY CERTIFY** under penalty of perjury that the above information is correct and services were incurred as stated to the best of my knowledge.

# **CERTICATE OF SERVICE**

I HEREBY CERTIFY: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to Chapter 13 Trustee, Alejandro Oliveras, Esq. and all CM/ECF participants and by regular mail copy has been sent to all non CM/ECF participants interested parties to their address of record as per master address list.

**RESPECTFULLY SUBMITTED.**

**IN SAN JUAN, PUERTO RICO**, this May, 4 2011.

```
/S/EMILY D DAVILA
WILLIAM DAVILA DE PEDRO
USDC-PR 128809
EMILY D DAVILA
USDC-PR #214503
420 PONCE DE LEON
MIDTOWN BLDG. SUITE 311
SAN JUAN, PR  00918
TEL. 759-8090\759-9620
princessda@prtc.net
```

CORREA ORTIZ JOSE ANTONIO
PO BOX 6562
LOIZA ST
SAN JUAN PR   00914


SERRANO RAMOS WANDA IVETTE
PO BOX 6562
LOIZA ST
SAN JUAN PR   00914


WILLIAM DAVILA DE PEDRO
420 PONCE DE LEON
MIDTOWN SUITE 311
SAN JUAN PR   00918


AMERICAN EXPRESS
BANKRUPTCY DIVISION
PO BOX 1270
NEWARK NEW JERSEY   07101


BANCO POPULAR DE PR
BANKRUPTCY DIVISION
PO BOX 366818
SAN JUAN PR   00936


CITIFINANCIAL INC
BANKRUPTY DIVISION
PO BOX 70923
CHARLOTTE NC   28272


DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9022501
SAN JUAN PR   00902


FIRSTBANK
BANKRUPTCY DIVISION
PO BOX 11865
SAN JUAN PR   00910


HARLEY DAVIDSON CREDIT
8529 INNOVATION WAY
CHICAGO IL   60682


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA   19101

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA   19114


JOHNSON CONTROLS INC
SABANA ABAJO INDUSTRIAL PARK
1405 CALLE RIO DANUBIO
CAROLINA PR   00982


JOSE ARCE DIAZ ESQ
PO BOX 820
GUAYNABO PR   00970


RELIABLE FINANCIAL
BANKRUPTCY DIVISION
APARTADO 21382
SAN JUAN PR   00928


SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362649
SAN JUAN PR   00936


TECHNICAL DISTRIBUTORS
PO BOX 3826
GUAYNABO PR   00970


TRANE PR
PO BOX 9000
SAN JUAN PR   00908


TRANSWORLD SYSTEM
27 GLEZ GIUSTI 601
GUAYNABO PR   00968