UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

JOSE ANTONIO CORREA ORTIZ

Debtor

------------------------------------------------/

CASE NO. 11-00543 BKT

CHAPTER 13

## MOTION TO SUBMIT DOCUMENT

**TO THE HONORABLE COURT:**

**COMES NOW** secured creditor, Scotiabank de Puerto Rico, represented by the undersigned attorney and hereby objects to the confirmation of debtor's Amended Chapter 13 plan dated March 7, 2011.

1. On May 31, 2011 the appearing creditor filed claim #15, a secure claim in the amount of $173,599.80.

2. The Proof of Claim failed to include a title search of the real property that secures the loans that are being claimed in said document.

3. Attached to this motion we are including the title search prepared by LJN Title Search on June 8, 2011 for an urban lot located at 717 Goyco Street on San Juan, Puerto Rico as property 31651 registered at page 11 of Volume 824 of San Juan North. This search reflects that the mortgage for $55,000.00 that secures Scotiabank's loan is registered.

WHEREFORE, this creditor respectfully request this Honorable Court to allow this motion and consequently joint this title search to the Proof of Claim filed by the appearing creditor on May 31, 2011.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of

such filing to the following: debtor's attorney and to the Trustee. Debtors will receive notice of this motion by regular mail.

In San Juan, Puerto Rico, this 16th day of June, 2011.

        **s/ CARLOS R. SOSA PADRO, ESQ.**
        USDC-PR 205112
        Attorney for Creditor Scotiabank
        **CARLOS R. SOSA PADRO LAW OFFICE**
        PO Box 191682
        San Juan, PR 00919-1682
        Tel. 250-0081, Tel/Fax 250-0078
        E-Mail: csosalaw@gmail.com

# ESTUDIO DE TITULO

**CASO PARA** : CARLOS R. SOSA PADRO LAW OFFICES
**CASO NUMERO** : 1300.054
**REFERENTE** : JOSE ANTONIO CORREA
**REGISTRO** : 31651, inscrita al folio 11 del tomo 824 de Santurce Norte Registro de San Juan, Sección I.

## DESCRIPCIÓN:

*URBANA:* Solar número 717 de la calle Goyco según plano de inscripción del proyecto de solares denominados Buenavista radicado en la zona urbana del término municipal de San Juan, Puerto Rico, con una cabida superficial de 189.85 metros cuadrados, en lindes por el Norte, con solar número 715 distancia de 8.70 metros; por el Sur, con solar número 719 distancia de 16.96 metros; por el Este, con solar número 718 y 720 distancia de 6.85 metros y distancia de 3.86 metros; y por el Oeste, con la calle Goyco distancia de 11.19 metros.

**Nota:** Esta es la descripción que surge del tomo de inscripción.

**TRACTO:** Se segrega de la finca 21459 inscrita al folio 295 del tomo 595 de Santurce Norte.

## DOMINIO:

Consta inscrita a favor de JOSE ANTONIO CORREA ORTIZ y su esposa, WANDA IVETTE SERRANO RAMOS, quienes adquieren por compra a Rafael Ramos Cruz e Iris Delia Meléndez Castro, por la suma de $7,500.00, según escritura número 14, otorgada en San Juan, el 3 de marzo de 1994 ante el notario Héctor Alejandro Lugo Quiñones. Inscrita al folio móvil del tomo 1063 de Santurce Norte. Inscripción quinta.

## GRAVÁMENES:

Afecta por su procedencia a:
Condiciones restrictivas.

Por sí a:

## HIPOTECA:

Constituida por José Antonio Correa Ortiz y Wanda Ivette Serrano Ramos, en garantía de un pagaré a favor de RG PREMIER BANK OF PUERTO RICO, o a su orden, por la suma de $55,000.00, con intereses al prime rate y vencedero a la presentación, según escritura número 36, otorgada en San Juan, el 30 de abril de 2004, ante la notario Diomarie Laboy Rivera. Inscrita al folio 7 del tomo 1143 (ágora) de Santurce Norte. Inscripción sexta.

## EMBARGO FEDERAL:

Anotado contra José Correa Ortiz, seguro social xxx-xx-2889, por la suma de $21,662.02. Según notificación número 322435307 presentada el 17 de agosto de 2007, al asiento 2, de la página 5 del Libro de Embargos Federales número 8.

**EMBARGO FEDERAL:**

Anotado contra José Correa Ortiz, seguro social xxx-xx-2889, por la suma de $19,863.78. Según notificación número 382435307, presentada el 3 de marzo de 2011, al asiento 2, de la página 222 del Libro de Embargos Federales número 10.

**REVISADOS:** Libro de Embargos, Sentencias, Embargos Federales y Bitácora Electrónica, 8 de junio de 2011.

L. J. N. TITLE SEARCH COMPANY INC.
APARTADO 4511
CAROLINA, PUERTO RICO 00984
TEL.(787)7915381 FAX(787)791-5304

Por: _____
OFICIAL AUTORIZADO

JST/vjr

*ADVERTENCIA:* El presente informe representa la realidad registral según la información contenida en los Registros Oficiales del Registro de la Propiedad. La bitácora electrónica no es un libro oficial del Registro, por lo tanto no somos responsables de errores u omisiones en su contenido.