IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                    *
                                               CASE NO. 11-00543-BKT
JOSE A CORREA ORTIZ
WANDA I SERRANO RAMOS                          CHAPTER 13

    Debtor(s)
-----------------------------------*

### REPLY TO OBJECTION TO CHAPTER 13 CONFIRMATION OF PLAN

TO THE HONORABLE COURT:

NOW COMES the above named debtors through the undersigned attorney and very respectfully prays and alleges.

1. That movant Scotiabank has filed a motion objecting to the confirmation of debtor's plan.

2. Movant alleges that the plan fails to provide for secured creditor's claim.

3. Debtor's amended plan provides for payment of arrears to movant, and for surrender of collateral CD in the sum of $40,000.00 which has already been applied to loan balance and for surrender of Mutual Funds held with UBS, which cannot be surrendered as they have been extinguished, the account is over drawn. See Statement attached.

4. In view of the fact that the arrearage owed is more than stated in the plan as well as the balance of the loan debtor will submit amended plan under separate motion.

WHEREFORE it is respectfully requested that this Honorable Court may deny movant's motion objecting to the plan and confirm the amended plan on its day.

I CERTIFY that on this date I sent by electronic mail a true copy of this motion to Chapter 13 Trustee Alejandro Oliveras, Esq., to parties in interest and to attorney for movant Carlos Sosa Padro, Esq., and by regular mail to creditors as per master address list.

In San Juan, Puerto Rico, this June 17, 2011

/s/WILLIAM DAVILA DE PEDRO
WILLIAM DAVILA DE PEDRO, ESQ.
USDC-PR 128809
EMILY D. DAVILA #214503
420 PONCE DE LEON
MIDTOWN SUITE 311
SAN JUAN, PR  00918
TEL. 759-8090, fax 759-9620



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
1 St. 1, Metro Office Park Ph
Guaynabo PR 00968

APZ6000073289 0511 1G 0

# Resource Management Account

May 2011

00021669 0 AT 0.365 01 TR 00103 B601B013 000000 col
JOSE A CORREA ORTIZ
PO BOX 6562
LOIZA STATION
SAN JUAN PR 00914-6562

Account name: JOSE A CORREA ORTIZ
Account number: 1G 06190 U4

Your Financial Advisor:
ALEXIS FERNANDEZ
Phone: 787-775-4300/866-775-4300

Questions about your statement?
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 192006190.

Visit our website:
www.ubs.com/financialservices

Items for your attention
- If you use UBS Online Services, consider changing your User Name and Password regularly to protect your personal data. Not enrolled? Go to ubs.com/onlineservices.

## Value of your account

| | on April 29 ($) | on May 31 ($) |
|---|---|---|
| Your assets | 0.57 | 0.57 |
| Your liabilities | -225.00 | -225.00 |
| Value of your account | -$224.43 | -$224.43 |

## Tracking the value of your account



Sources of your account growth during 2011
| | |
|---|---|
| Value of your account at year end 2010 | -$224.72 |
| Change in market value | $0.29 |
| Value of your account on May 31, 2011 | -$224.43 |



Member SIPC    00021669   00029023    APZ60001000073289 PZG000006873 00001 0511 000000000 0 1G U4    Page 1 of 6



# Your account balance sheet

## Summary of your assets

|   |   | Value on May 31 ($) | Percentage of your account |
|---|---|---|---|
| A | Cash and money balances | 0.00 | 0.00% |
| B | Cash alternatives | 0.00 | 0.00% |
| C | Equities | 0.57 | 100.00% |
| D | Fixed income | 0.00 | 0.00% |
| E | Alternative strategies | 0.00 | 0.00% |
| F | Broad commodities | 0.00 | 0.00% |
| G | Real estate | 0.00 | 0.00% |
| H | Other | 0.00 | 0.00% |
| **Total assets** |   | **$0.57** | **100.00%** |

## Your current asset allocation



C

## Summary of your liabilities

|   | Amount on May 31 ($) |
|---|---|
| Debit balance | -225.00 |
| **Total liabilities** | **-$225.00** |
| **Value of your account** | **-$224.43** |

## Eye on the markets

| Index | Percentage change | |
|---|---|---|
|   | May 2011 | Year to date |
| S&P 500 | -1.13% | 7.82% |
| Russell 3000 | -1.14% | 8.30% |
| MSCI - Europe, Australia & Far East | -2.81% | 6.66% |
| Barclays Capital Aggregate Bond Index 10+ Yrs. | 2.73% | 4.80% |

**Interest rates on May 31, 2011**
3-month Treasury bills: 0.06%
One-month LIBOR: 0.19%


| | | |
|---|---|---|
| **Resource Management Account** <br> May 2011 | Account name: JOSE A CORREA ORTIZ <br> Account number: IG 06190 U4 | Your Financial Advisor: <br> ALEXIS FERNANDEZ <br> 787-775-4300/866-775-4300 |

# Change in the value of your account

| | May 2011 ($) | Year to date ($) |
|---|---:|---:|
| **Opening account value** | -$224.43 | -$224.72 |
| Change in market value | 0.00 | 0.29 |
| **Closing account value** | -$224.43 | -$224.43 |

# Your investment objectives:

You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

**Your return objective:**
Capital appreciation
**Your risk profile:**
Primary - Aggressive/Speculative
Secondary - None selected

JC AIR CON  787-726-5923  06/17/2011 10:19



 **UBS**

Resource Management Account
May 2011

| Account name: | JOSE A CORREA ORTIZ |
| --- | --- |
| Account number: | 1G 06190 U4 |

Your Financial Advisor:
ALEXIS FERNANDEZ
787-775-4300/866-775-4300

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on May 1 ($) | Closing balance on May 31 ($) | Price per share on May 31 ($) | Average rate | Dividend/Interest period | Days in period |
| --- | --- | --- | --- | --- | --- | --- |
| Cash | -225.00 | -225.00 | | | | |

## Equities

### Common stock

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on May 31 ($) | Value on May 31 ($) | Unrealized gain or loss ($) | Holding period |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| R & G FINANCIAL CORP CL B Symbol: RGFCQ Exchange: OTC | | 285.000 | —This information was unavailable— | | 0.002 | 0.57 | | |

### Your total assets

| | Value on May 31 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
| --- | --- | --- | --- | --- | --- |
| Cash ⁺ Cash and money balances | | | | | |
| Equities * Common stock | 0.57 | 100.00% | | | |
| **Total** | **$0.57** | **100.00%** | | | |

\* Missing cost basis information.

⁺ Values in Cash and money balances exclude any outstanding margin loan or unsecured debit balance. These balances...

JC AIR CON   787-726-5923   06/17/2011 10:19

00021669  00029025    APZ60001000073293 PZ60000006873 00001 0511 000000000 0 1G U4

CORREA ORTIZ JOSE ANTONIO
PO BOX 6562
LOIZA ST
SAN JUAN PR   00914


SERRANO RAMOS WANDA IVETTE
PO BOX 6562
LOIZA ST
SAN JUAN PR   00914


WILLIAM DAVILA DE PEDRO
420 PONCE DE LEON
MIDTOWN SUITE 311
SAN JUAN PR   00918


AMERICAN EXPRESS
BANKRUPTCY DIVISION
PO BOX 1270
NEWARK NEW JERSEY   07101


BANCO POPULAR DE PR
BANKRUPTCY DIVISION
PO BOX 366818
SAN JUAN PR   00936


CITIFINANCIAL INC
BANKRUPTY DIVISION
PO BOX 70923
CHARLOTTE NC   28272


DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9022501
SAN JUAN PR   00902


FIRSTBANK
BANKRUPTCY DIVISION
PO BOX 11865
SAN JUAN PR   00910


HARLEY DAVIDSON CREDIT
8529 INNOVATION WAY
CHICAGO IL   60682


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA   19101

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA   19114


JOHNSON CONTROLS INC
SABANA ABAJO INDUSTRIAL PARK
1405 CALLE RIO DANUBIO
CAROLINA PR   00982


JOSE ARCE DIAZ ESQ
PO BOX 820
GUAYNABO PR   00970


RELIABLE FINANCIAL
BANKRUPTCY DIVISION
APARTADO 21382
SAN JUAN PR   00928


SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362649
SAN JUAN PR   00936


TECHNICAL DISTRIBUTORS
PO BOX 3826
GUAYNABO PR   00970


TRANE PR
PO BOX 9000
SAN JUAN PR   00908


TRANSWORLD SYSTEM
27 GLEZ GIUSTI 601
GUAYNABO PR   00968