UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

*Hearing Information:*

**Debtor**: JOSE ANTONIO CORREA ORTIZ and WANDA IVETTE SERRANO RAMOS
**Case Number**: 11-00543-BKT13   **Chapter:** 13
**Date / Time / Room**: 6/23/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: BRENDA E. AGUAYO
**Reporter / ECR**: LOURDES ALVAREZ

*Matter:*

Confirmation Hearing

Trustee's motion to dismiss (#24), Debtor's Reply (#25) and Ttrustee's unfavorable report (#31)

Objection to Confirmation of Plan filed by RG Premier Bank (#47)

*Appearances:*

MIRIAM SALWEN, ATTORNEY FOR CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
EMILY DAVILA, ATTORNEY FOR DEBTORS
CARLOS SOSA PADRO, ATTORNEY FOR R&G PREMIER BANK OF PR, NOW SCOTIABANK PR

*Proceedings:*

The parties requested time to reach an agreement as to the payment of creditor's claim. Attorney for the debtors informed that they are contemplating a cram down. As to the motion to dismiss filed by Trustee (docket #24), the same was withdrawn in open Court.

**ORDER**

Based on what was stated in open Court, the parties are granted thirty (30) days to inform the Court.

The Clerk will schedule a new confirmation hearing accordingly.

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge