IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: *

                        CASE NO. 11-00543-BKT

JOSE A CORREA ORTIZ
WANDA SERRANO RAMOS           CHAPTER 13
    Debtor(s)
-----------------------------------*

## MOTION TO RESIGN LEGAL REPRESENTATION

TO THE HONORABLE COURT:

    NOW COMES the above named debtor through the undersigned attorney and very respectfully pray and allege:

    1. That the undersigned is the attorney of record in the above captioned case.

    2. That irreconcilable differences have arisen between debtor and attorney, and debtor has requested that the undersigned resign to this case.

    3. That due to this situation the undersigned cannot continue representing debtor and prays to be released as attorney of record.

    4. The undersigned prays that the trustee disburse to the undersigned the compensation approved by the court for attorney's fees as all the work was completed in debtor's case up to this date.

    WHEREFORE it is respectfully requested that this Honorable Court take notice of the above and grant this motion.

    I CERTIFY that on this date I sent by electronic mail a true copy of this motion to Trustee Alejandro Oliveras, Esq. and, by regular mail to parties in interest and to creditors as per master address list.

    In San Juan, Puerto Rico, this June 29, 2011.

                            14 DAYS NOTICE

TO ALL PARTIES IN INTEREST:

    WITHIN fourteen (14) days after services as evidenced by the

Certification and an additional three (3) days pursuant to Federal Rules

of Bankruptcy Procedure 9006(f) if your were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless; (i) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

In San Juan, Puerto Rico, this June 29, 2011

I CERTIFY that on this date I electronically mailed a true copy of this motion to trustee Alejandro Oliveras, Esq., to Carlos Sosa Padro Esq., attorney for Scotiabank and by regular mail to parties in interest as per master address list.

/s/WILLIAM DAVILA DE PEDRO  
USDC-PR 128809  
EMILY D. DAVILA RIVERA  
USDC-PR 214503  
420 PONCE DE LEON  
MIDTOWN SUITE 311  
SAN JUAN, P.R.  00918  
TEL. 787 759-8090, FAX 759-9620

CORREA ORTIZ JOSE ANTONIO
PO BOX 6562
LOIZA ST
SAN JUAN PR   00914


SERRANO RAMOS WANDA IVETTE
PO BOX 6562
LOIZA ST
SAN JUAN PR   00914


WILLIAM DAVILA DE PEDRO
420 PONCE DE LEON
MIDTOWN SUITE 311
SAN JUAN PR   00918


AMERICAN EXPRESS
BANKRUPTCY DIVISION
PO BOX 1270
NEWARK NEW JERSEY   07101


BANCO POPULAR DE PR
BANKRUPTCY DIVISION
PO BOX 366818
SAN JUAN PR   00936


CITIFINANCIAL INC
BANKRUPTY DIVISION
PO BOX 70923
CHARLOTTE NC   28272


DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9022501
SAN JUAN PR   00902


FIRSTBANK
BANKRUPTCY DIVISION
PO BOX 11865
SAN JUAN PR   00910


HARLEY DAVIDSON CREDIT
8529 INNOVATION WAY
CHICAGO IL   60682


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA   19101

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA   19114


JOHNSON CONTROLS INC
SABANA ABAJO INDUSTRIAL PARK
1405 CALLE RIO DANUBIO
CAROLINA PR   00982


JOSE ARCE DIAZ ESQ
PO BOX 820
GUAYNABO PR   00970


RELIABLE FINANCIAL
BANKRUPTCY DIVISION
APARTADO 21382
SAN JUAN PR   00928


SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362649
SAN JUAN PR   00936


TECHNICAL DISTRIBUTORS
PO BOX 3826
GUAYNABO PR   00970


TRANE PR
PO BOX 9000
SAN JUAN PR   00908


TRANSWORLD SYSTEM
27 GLEZ GIUSTI 601
GUAYNABO PR   00968