UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 11-00543-BKT |
|---|---|
| J C AIR CONDITIONING & GENERAL<br>JOSE ANTONIO CORREA ORTIZ<br>WANDA IVETTE SERRANO RAMOS | CHAPTER: 13 |
| DEBTOR(S) | |

**MOTION REQUESTING DISMISSAL**

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.,** holder of a secured claim and Movant herein, through its undersigned counsel, and very respectfully to the Honorable Court, alleges and prays as follows:

1. Movant is the holder in due course of a duly executed conditional sales contract over motor vehicle DODGE DAKOTA 2005 registered under number 3115861, executed by debtor(s) on APRIL 15, 2005.

2. Debtor's(s') has failed to renew their annual insurance policy for the motor vehicle(s) described in averment 1. The maturity date of the previous insurance policy was **OCTOBER 14, 2010.**

3. Debtor's(s') have failed to provide for adequate protection to Movant's secured claim, in accordance with the requirements set forth in 11 USC §361.

4. Section 1307 (c)(1) of the Bankruptcy Code provides for the dismissal of a case under Chapter 13 "for cause, including unreasonable delay by the debtor that is prejudicial to creditors".

**WHEREFORE**, Movant requests the dismissal of the instant case since debtor(s) has (have) failed to provide adequate protection in the form of insurance over the collateral securing Movant's claim.

**NOTICE TO ALL PARTIES** is herein given to the effect that if no opposition is filed within thirty (30) from this notice the Court may enter an Order dismissing the case without further hearing.

### CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **ALEJANDRO OLIVERAS,** Trustee and **WILLIAM DAVILA DE PEDRO,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **JOSE A. CORREA ORTIZ, WANDA IVETTE SERRANO RAMOS, LOIZA STATION PO BOX 6562 SAN JUAN, PR 00914** and to all non CM/ECF participants interested as per mailing list which is hereby included.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 30 day JUNE, 2011.

**/S/ CARLOS E. PEREZ PASTRANA**
**USDC-208913**
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

```
Label Matrix for local noticing          GE MONEY BANK (JCPENNEY CREDIT SERVICES)   HARLEY-DAVIDSON CREDIT CORP
0104-3                                    C/O RECOVERY MANAGEMENT SYSTEMS CORP       PO BOX 829009
Case 11-00543-BKT13                       25 SE 2ND AVE, SUITE 1120                  DALLAS, TX 75382-9009
District of Puerto Rico                   MIAMI, FL 33131-1605
Old San Juan
Tue Jun 28 15:04:09 AST 2011

Harley Davidson Credit  (VTQ)             RELIABLE FINANCIAL SERVICES                RG PREMIER BANK OF PR, NOW SCOTIABANK DE PR
MARTINEZ & TORRES LAW OFFICES P.S.C.      PO BOX 21382                               AVENIDA JESUS T. PINERO #280
PO BOX 192938                             SAN JUAN, PR 00928-1382                    SAN JUAN, PR 00918-4002
, PR 00919-3409


US Bankruptcy Court District of P.R.      AMERICAN EXPRESS                           BANCO POPULAR DE PR
U.S. Post Office and Courthouse Building  BANKRUPTCY DIVISION                        BANKRUPTCY DIVISION
300 Recinto Sur Street, Room 109          PO BOX 1270                                PO BOX 366818
San Juan, PR 00901-1964                   NEWARK NEW JERSEY 07101-1270               SAN JUAN PR 00936-6818


CITIFINANCIAL INC                         CORREA ORTIZ JOSE ANTONIO                  DEPARTMENT OF TREASURY
BANKRUPTY DIVISION                        PO BOX 6562                                BANKRUPTCY DIVISION
PO BOX 70923                              LOIZA ST                                   PO BOX 9022501
CHARLOTTE NC 28272-0923                   SAN JUAN PR 00914-6562                     SAN JUAN PR 00902-2501


EASTERN AMERICA INSURANCE CO              FIRSTBANK                                  HARLEY DAVIDSON  CREDIT CORP
PO BOX 9023862                            BANKRUPTCY DIVISION                        PO BOX 829009
SAN JUAN, PR  00902-3862                  PO BOX 11865                               DALLAS TEXAS 75382-9009
                                          SAN JUAN PR 00910-3865


HARLEY DAVIDSON CREDIT                    HARLEY DAVIDSON CREDIT (VTQ)               (p)INTERNAL REVENUE SERVICE
8529 INNOVATION WAY                       MARTINEZ & TORRES LAW OFFICES P.S.C.       CENTRALIZED INSOLVENCY OPERATIONS
CHICAGO IL 60682-0085                     PO BOX 192938                              PO BOX 7346
                                          SAN JUAN PR 00919-3409                     PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE                  JOHNSON CONTROLS INC                       JOSE ARCE DIAZ ESQ
PO BOX 7346                               SABANA ABAJO INDUSTRIAL PARK               PO BOX 820
PHILADELPHIA PA 19101-7346                1405 CALLE RIO DANUBIO                     GUAYNABO PR 00970-0820
                                          CAROLINA PR 00982-1705


PR ACQUISITIONS LLC                       RG PREMIER BANK OF PR NOW SCOTIABANK DE PR  SCOTIABANK DE PR
250 MUNOZ RIVERA AVENUE SUITE 1200        ISMAEL H. HERRERO III                      BANKRUPTCY DIVISION
HATO REY PR 00918-1814                    P O BOX 362159                             PO BOX 362649
                                          SAN JUAN PR  00936-2159                    SAN JUAN PR 00936-2649


SERRANO RAMOS WANDA IVETTE                TECHNICAL DISTRIBUTORS                     TECHNICAL DISTRIBUTORS
PO BOX 6562                               JOSE ARCE DIAZ                             PO BOX 3826
LOIZA ST                                  PMB 212 AVE ESMERALDA                      GUAYNABO PR 00970-3826
SAN JUAN PR 00914-6562                    405 SUITE 2
                                          GUAYNABO PR 00969


TRANE PR                                  TRANSWORLD SYSTEM                          WILLIAM DAVILA DE PEDRO
PO BOX 9000                               27 GLEZ GIUSTI 601                         420 PONCE DE LEON
SAN JUAN PR 00908-0900                    GUAYNABO PR 00968-3040                     MIDTOWN SUITE 311
                                                                                     SAN JUAN PR 00918-3403
```

```
ALEJANDRO OLIVERAS RIVERA              EMILY D DAVILA RIVERA                   JOSE ANTONIO CORREA ORTIZ
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS    LAW OFFICE WILLIAM DAVILA DE PEDRO      PO BOX 6562
PO BOX 9024062                         420 PONCE LEON MIDTOWN SUITE 311        LOIZA ST
SAN JUAN, PR 00902-4062                SAN JUAN, PR 00918-3403                 SAN JUAN, PR 00914-6562


MONSITA LECAROZ ARRIBAS                WANDA IVETTE SERRANO RAMOS              WILLIAM DAVILA DE PEDRO
OFFICE OF THE US TRUSTEE (UST)         PO BOX 6562                             WILLIAM DAVILA DE PEDRO LAW OFFICE
OCHOA BUILDING                         LOIZA ST                                420 PONCE LEON MIDTOWN BLDG
500 TANCA STREET  SUITE 301            SAN JUAN, PR 00914-6562                 SUITE 311
SAN JUAN, PR 00901-1938                                                        SAN JUAN, PR 00918-3403
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA  19114
```


                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(d)RELIABLE FINANCIAL SERVICES         End of Label Matrix
PO BOX 21382                           Mailable recipients    35
SAN JUAN PR 00928-1382                 Bypassed recipients     1
                                       Total                  36
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **J C AIR CONDITIONING & GENERAL<br>JOSE ANTONIO CORREA ORTIZ<br>WANDA IVETTE SERRANO RAMOS**<br><br>    **DEBTOR(S)** | CASE NO 11-00543-BKT <br><br> CHAPTER 13 |

## MOTION SUBMITTING DECLARATION
## UNDER PENALTY OF PERJURY

Comes now, RELIABLE FINANCIAL SERVICES, holder of a secured claim and Creditor herein and submitting to the Honorable Court the following declaration:

I, **HILDARIS B. BURGOS MURIEL,** Bankruptcy Official for RELIABLE FINANCIAL SERVICES, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor(s) is(are) not on active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23 day of JUNE, 2011.

        **S/HILDARIS B. BURGOS MURIEL**
        **Bankruptcy Official**
        P. O. Box 21382
        San Juan, PR 00928-1382
        Tel. (787)625-6647 FAX:(787)625-4891
        hburgosm@reliablefinancial.com

Department of Defense Manpower Data Center                Jun-28-2011 12:30:13



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| ANDUJAR | JORGE | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon* (signature)

_____
Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:IG9K36D6T3

Department of Defense Manpower Data Center　　　　　　　　　　　Jun-28-2011 12:38:10



Military Status Report
Pursuant to the Service Members Civil Relief Act

| <Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| SERRANO | WANDA | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:2Q553PEC6E